UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.H., N.H., K.H. f/k/a J.H., Natasha Martin, Tiffaney Grissom, R.G., A.B. and Sarah Marchando, individually and on behalf of a class of all others similarly situated;

        Plaintiffs,

-against-

THE CITY OF NEW YORK, SEAN KINANE, JOSEPH MCKENNA, KAYAN DAWKINS, THOMAS KEANE, MARIA IMBURGIA, KEVIN MALONEY, JOEL ALLEN, DAVE SIEV, BRYAN POCALYKO, CHRISTOPHER SAVARESE, THOMAS DIGGS, JOEL GOMEZ, KEITH BEDDOWS, CHRISTIAN SALAZAR, HENRY DAVERIN, JOSEPH NICOSIA, KELLY QUINN, ALEXIS YANEZ, MICHAEL DOYLE, JOHN/JANE DOE NYPD POLICE OFFICERS #1-14;

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-16

Civil Action No. 16-CV-7698

## STIPULATION AND [PROPOSED] ORDER CONCERNING NAMED PLAINTIFFS D.H., N.H., K.H., R.G. AND A.B.'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

**WHEREAS**, on September 30, 2016, certain Named Plaintiffs in the above-captioned action, D.H., N.H., K.H., R.G. and A.B. (the "Moving Plaintiffs"), moved for leave to proceed anonymously (the "Motion");

**WHEREAS**, on September 30, 2016, the Court issued an order to show cause why the Moving Plaintiffs should not be permitted to proceed anonymously (the "Order to Show Cause");

**WHEREAS**, the Moving Plaintiffs and defendant City of New York ("City")

have conferred in good faith to resolve this issue without the need for Court intervention;

**NOW, THEREFORE:**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The Moving Plaintiffs have leave to proceed with the above-captioned action anonymously on the public docket for sixty (60) days from the date of this order (the "Initial Period");

2. The parties shall confer in good faith regarding whether the Moving Plaintiffs may continue to proceed anonymously beyond the Initial Period;

3. To the extent the parties are unable to resolve that issue, the Moving Plaintiffs may seek leave to continue to proceed anonymously by notice of motion in the court to which the above-captioned action is assigned; and

4. By agreeing to this stipulation and order, the City does not concede that the Moving Plaintiffs meet the showing necessary to press their claims anonymously and expressly reserves its right to assert any and all arguments that may be made in opposition to a motion by the Moving Plaintiffs to continue to press their claims anonymously beyond the Initial Period.

**ORDERED** that the Order to Show Cause entered on September 30, 2016 is **WITHDRAWN**, and that the Motion is **GRANTED** solely to the extent set forth above.

Dated: New York, New York
       October 14, 2016

SO ORDERED:

_____
Hon. John F. Keenan
United States District Judge

AGREED TO AND SO STIPULATED, THIS 14TH DAY OF OCTOBER 2016:

THE LEGAL AID SOCIETY

By: /s/ William Gibney

Seymour W. James
*swjames@legal-aid.org*
William D. Gibney
*wdgibney@legal-aid.org*
Kimberly Forte
*kforte@legal-aid.org*
Kate Mogulescu
*kamogulescu@legal-aid.org*
Cynthia H. Conti-Cook
*cconti-cook@legal-aid.org*

199 Water Street, 6th Fl.
New York, NY 10038
Tel: (212) 577-3300


CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/

Lawrence B. Friedman
*lfriedman@cgsh.com*
Rishi Zutshi
*rzutshi@cgsh.com*
Anna F. Connolly
*aconnolly@cgsh.com*

One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

*Attorneys for Plaintiffs*

CORPORATION COUNSEL
OF THE CITY OF NEW YORK

By: /s/ Joanne McLaren

Rachel Seligman Weiss
rseligma@law.nyc.gov
Anthony M. DiSenso
adisenso@law.nyc.gov
Joanne McLaren
jmclaren@law.nyc.gov
100 Church Street
New York, New York 10007
Tel: (212) 356-2640

*Attorneys for the City of New York*