

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

D.H., N.H., K.H. f/k/a J.H., Natasha Martin,
Tiffaney Grissom, R.G., A.B., and Sarah
Marchando, individually and on behalf of a
class of all others similarly situated

Civil Action No. 16-cv-07698

        Plaintiff(s)

**AFFIDAVIT OF SERVICE**

        v.

THE CITY OF NEW YORK, et al.,

        Defendant(s)

-----------------------------------------------------------------/

STATE OF NEW YORK  }
        S.S.
COUNTY OF NEW YORK}

        **ROBERT MILLS**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 7th day of November, 2016, at approximately the time of 3:58pm, deponent served a true copy of the **AMENDED SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR A JURY TRIAL; CIVIL COVER SHEET; STIPULATION AND [PROPOSED] ORDER CONCERNING NAMED PLAINTIFFS D.H., N.H., K.H., R.G. AND A.B.'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY; INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL; INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX; AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon **BRYAN POCALYKO,** c/o CRITICAL RESPONSE COMMAND at One Police Plaza Path, Room 1108, New York, NY 10007 by personally delivering and leaving the same with **MASON 328**, a person of suitable age and discretion at that address, the actual place of business.  At the time of service, deponent asked **MASON 328** whether **BRYAN POCALYKO** is in active military service for the

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

**MASON 328** is a white male, approximately 52 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 250 pounds with gray/black hair and blue eyes wearing glasses.

That on the 11th day of November, 2016, deponent served another copy of the foregoing upon **BRYAN POCALYKO** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**BRYAN POCALYKO**
c/o CRITICAL RESPONSE COMMAND
One Police Plaza Path, Room 1108
New York, NY 10007


**ROBERT MILLS, #1004298**

Sworn to before me this
11th day of November, 2016


NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com