```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

D.H. et al,

               Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

               Defendants.

------------------------------------------------------------------x

**UNSEALING ORDER**

16 Civ. 7698 (PKC)

      Upon the application of the defendants for leave to unseal the records pertaining to individuals whose charges have been dismissed and sealed pursuant to N.Y.C.P.L. §160.50 and/or sealed as non-criminal dispositions under §160.55, contained within emails of Individual Defendants, and the Court having granted such leave,

      **WHEREAS** the information sought may be relevant to the above-captioned civil action currently pending in the Southern District of New York; and

      **WHEREAS** the Court has the inherent authority to unseal these records in connection with this action, see Schomburg v. Bologna, 298 F.R.D. 138, 141 (S.D.N.Y. 2014) ("Federal courts can and commonly do order production of documents sealed under Section 160.50");

      **IT IS HEREBY ORDERED THAT** the City of New York, including the Office of Corporation Counsel and the New York City Police Department, shall not be bound by the statutory sealing requirements of CPL §§ 160.50 and 160.55, as it relates to the sealed records contained within the Individual Defendants' email accounts at issue;

**IT IS FURTHER ORDERED** that the aforementioned records shall be disclosed to Zachary W. Carter, Corporation Counsel of the City of New York, or his authorized representative; and

**IT IS FURTHER ORDERED** that the aforementioned records shall be deemed confidential pursuant to the Confidentiality Stipulation and Protective Order that was So Ordered by the Court on March 10, 2017, and used only for the purposes of this litigation.

Dated: New York, New York
       May 12, 2017

_____
HON. P. KEVIN CASTEL, U.S.D.J.