UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.H., N.H., K.H. f/k/a J.H., Natasha Martin, Tiffaney Grissom, R.G., A.B. and Sarah Marchando, individually and on behalf of a class of all others similarly situated;

    Plaintiffs,

 -against-

THE CITY OF NEW YORK, SEAN KINANE, JOSEPH MCKENNA, KAYAN DAWKINS, THOMAS KEANE, MARIA IMBURGIA, KEVIN MALONEY, JOEL ALLEN, DAVE SIEV, BRYAN POCALYKO, CHRISTOPHER SAVARESE, THOMAS DIGGS, JOEL GOMEZ, KEITH BEDDOWS, CHRISTIAN SALAZAR, HENRY DAVERIN, JOSEPH NICOSIA, KELLY QUINN, ALEXIS YANEZ, MICHAEL DOYLE, JOHN/JANE DOE NYPD POLICE OFFICERS #1-14;

    Defendants.

---

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

Civil Action No. 16-cv-7698 (PKC)(KNF)

---

  **WHEREAS,** the parties have reached a settlement agreement to resolve the individual plaintiffs' claims and now desire to resolve the remaining issues raised in this litigation, including costs, expenses, and attorneys' fees, without further proceedings and without admitting any fault or liability;

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-referenced Action is hereby dismissed with prejudice against all defendants.

Dated: New York, New York
April 10, 2019

**THE LEGAL AID SOCIETY**

By: _____

Janet Sabel
*jsabel@legal-aid.org*
Cynthia H. Conti-Cook
*cconti-cook@legal-aid.org*

199 Water Street, 6th Fl.
New York, NY 10038
Tel: (212) 577-3300

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: _____

Rishi Zutshi
*rzutshi@cgsh.com*
Anna Connolly
*aconnolly@cgsh.com*

One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

*Attorneys for Plaintiffs*

CORPORATION COUNSEL
OF THE CITY OF NEW YORK

By: /s/ Rachel Seligman Weiss

Rachel Seligman Weiss
*rseligma@law.nyc.gov*
Bilal Haider
*bhaider@law.nyc.gov*
100 Church Street
New York, New York 10007
Tel: (212) 356-2433

*Attorneys for the Defendants*

SO ORDERED:

_____
Hon. P. Kevin Castel
United States District Judge

4/11/2019